Richard J. Wotipka
BROADWAY LAW GROUP
707 East Harrison
Seattle, WA 98102
(206) 623-2020
rjw@bwseattlelaw.com

Honorable Timothy W. Dore
Chapter 13
Hearing Date: March 2, 2016
Hearing Time: 9:30 am
Response Date: February 24, 2016

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

TANA T. CHAMBERLAIN
    Debtor(s).

) No. 15-11112
)
) DEBTOR'S MOTION FOR
) ORDER AUTHORIZING DEBTOR'S
) HAMP HOME MORTGAGE LOAN
) MODIFICATION
)
)

COMES NOW Tana Chamberlain, the debtor herein ("debtor"), and moves the Court for an order authorizing the debtor's HAMP home mortgage loan modification. This motion upon the following facts:

1. The debtor filed her case herein on 2/26/2015.

2. The debtor is a below median income debtor.

3. The debtor's Revised First Amended Chapter 13 Plan (docket #12) was confirmed on 5/21/2015. The confirmed Plan provides for monthly payments of $2,845.68 for 36 months. The primary purpose of the Plan was to cure the debtor's first mortgage arrears, and pay off debtor's priority tax debt.

4. On December 9, 2015, the debtor was approved for and accepted a Home Affordable Loan Modification Program ("HAMP") loan modification. The loan modification brings the debtor's home mortgage loan current and lowers the amount of her regular monthly mortgage payment from $1,749.31 to $1,289.51. Approval of the

Motion - 1

BROADWAY LAW GROUP
707 East HArrison
Seattle, Washington 98102
(206) 623-2020
Fax (206) 682-6148

Case 15-11112-TWD    Doc 44    Filed 01/26/16    Ent. 01/26/16 10:19:02    Pg. 1 of 2

debtor's HAMP loan modification will result in an increased dividend (over the current Plan) to general unsecured creditors. A copy of the HAMP loan modification is attached as **Exhibit A** to this motion.

WHEREFORE, based upon the foregoing, the debtor seeks an order approving her HAMP loan modification. A proposed form of order is filled with this motion.

Respectfully submitted this 26th day of January, 2016.

        **BROADWAY LAW GROUP**

        S/Richard J. Wotipka
        Richard J. Wotipka, WSBA#12014
        Attorneys for the Debtor

Motion - 2

BROADWAY LAW GROUP
707 East HArrison
Seattle, Washington 98102
(206) 623-2020
Fax (206) 682-6148

Case 15-11112-TWD    Doc 44    Filed 01/26/16    Ent. 01/26/16 10:19:02    Pg. 2 of 2