**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>TANA T. CHAMBERLAIN<br>　　　　Debtor(s). | No. 15-11112<br><br>ORDER APPROVING POST-CONFIRMATION MODIFICATION OF PLAN |

THIS MATTER, having come before the Court on the Debtor's motion for post-confirmation approval of the Third Amended plan filed September 2, 2016 (docket #65 ), proper notice having been given, the Court having examined the files and records, and having considered oral argument, if any, it is

ORDERED that the amended plan filed September 2, 2016 shall become the plan, pursuant to 11 U.S.C. § 1329(b); and

ORDER - 1

BROADWAY LAW GROUP
707 EAST HARRISON
SEATTLE, WASHINGTON 98102
(206) 623-2020
FAX (206) 682-6148

ORDERED that the terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the amended plan.

///End of Order///

Presented by:

BROADWAY LAW GROUP

S/Richard J. Wotipka
Richard J. Wotipka WSBA #12014
Attorney for the Debtor

ORDER - 2

Broadway law group
707 east harrison
Seattle, Washington 98102
(206) 623-2020
Fax (206) 682-6148

Case 15-11112-TWD    Doc 71    Filed 09/30/16    Ent. 09/30/16 14:44:02    Pg. 2 of 2