B6A (Official Form 6A) (12/07)

In re  Tana T. Chamberlain  
      **Debtor**

Case No. _____  
      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br>4076 24th Pl S<br>Seattle, WA 98108 | Fee Simple | | 350,000.00 | Exceeds Value |
| Arizona property -1<br>Raw Land - Yavapai County AZ<br>Parcel #30123005 | Fee Simple | | 2,928.00 | None |
| Arizona property -2<br>Raw Land - Yavapai County<br>Parcel # 30131469 | Fee Simple | | 3,024.00 | None |
| | | Total ▷ | 355,952.00 | |

(Report also on Summary of Schedules.)

MOTION FOR RELIEF  
EXHIBIT A

B6B (Official Form 6B) (12/07)

In re  Tana T. Chamberlain
          Debtor

Case No. _____
                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank - Checking account<br>Chase Bank - Savings account<br>PNC Bank - Checking account | | 3,600.00<br>1,070.00<br>500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | furniture and appliances<br>Nothing worth more than $500.00 on its own | | 1,000.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | music, books, art | | 300.00 |
| 6. Wearing apparel. | | Clothing | | 500.00 |
| 7. Furs and jewelry. | | jewelry | | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | old .38 cal. firearm | | 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance policy with Farmer's Insurance Term policy | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Case 15-11112-TWD    Doc 87-1    Filed 07/14/20    Ent. 07/14/20 09:18:04    Pg. 2 of 37
Case 15-11112-TWD    Doc 1    Filed 02/26/15    Ent. 02/26/15 09:13:04    Pg. 21 of 137

MOTION FOR RELIEF
EXHIBIT A

B6B (Official Form 6B) (12/07) -- Cont.

In re  Tana T. Chamberlain                                    Case No. _____
            **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Hyundai Sonata<br>1978 Chevy Caprise | | 7,000.00<br>500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

MOTION FOR RELIEF
EXHIBIT A

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Tana T. Chamberlain  
      **Debtor**

Case No. _____  
      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

           0 continuation sheets attached    Total    $    15,020.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re  Tana T. Chamberlain                                           Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)              ☐ Check if debtor claims a homestead exemption that exceeds $155,675*.
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence | 11 U.S.C. 522(d)(1) | 0.00 | 350,000.00 |
| Arizona property -1 | 11 U.S.C. 522(d)(5) | 2,928.00 | 2,928.00 |
| Arizona property -2 | 11 U.S.C. 522(d)(5) | 3,024.00 | 3,024.00 |
| Chase Bank - Checking account | 11 U.S.C. 522(d)(5) | 3,600.00 | 3,600.00 |
| Chase Bank - Savings account | 11 U.S.C. 522(d)(5) | 1,070.00 | 1,070.00 |
| PNC Bank - Checking account | 11 U.S.C. 522(d)(5) | 500.00 | 500.00 |
| furniture and appliances | 11 U.S.C. 522(d)(3) | 1,000.00 | 1,000.00 |
| music, books, art | 11 U.S.C. 522(d)(3) | 300.00 | 300.00 |
| Clothing | 11 U.S.C. 522(d)(3) | 500.00 | 500.00 |
| jewelry | 11 U.S.C. 522(d)(4) | 250.00 | 250.00 |
| old .38 cal. firearm | 11 U.S.C. 522(d)(5) | 300.00 | 300.00 |
| Life insurance policy with Farmer's Insurance Term policy | 11 U.S.C. 522(d)(7) | 0.00 | 0.00 |
| 2007 Hyundai Sonata | 11 U.S.C. 522(d)(2)<br>11 U.S.C. 522(d)(5) | 3,675.00<br>1,303.00 | 7,000.00 |
| 1978 Chevy Caprise | 11 U.S.C. 522(d)(5) | 0.00 | 500.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case 15-11112-TWD    Doc 87-1    Filed 07/14/20    Ent. 07/14/20 09:36:04    Pg. 9 of 43

MOTION FOR RELIEF
EXHIBIT A

B6D (Official Form 6D) (12/07)

In re  Tana T. Chamberlain                                    ,         Case No. _____
           **Debtor**                                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above*.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▮▮▮▮<br>American Home MTG Servicing<br>PO Box 631730<br>Irving, TX 75063 | | | Lien: Former servicer on first mortgage.<br>Security: Debtor's residence<br><br>VALUE $ 350,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. ▮▮▮▮▮▮▮▮<br>Deutche Bank National Trust Co.<br>c/o 710 Second Ave, Suite 710<br>Seattle, WA 98104 | | | Lien: First Mortgage<br>Security: Debtor's residence<br>Judicial foreclosure filed pre-petition<br>Mo. payment - $1,942.63<br>Arrears: - $49,381.<br><br>VALUE $ 350,000.00 | | | | 669,038.00 | 319,038.00 |
| ACCOUNT NO.<br>King County Office of Finance<br>Real Property Dept.<br>500 4th Ave,, #600<br>Seattle, WA 98104 | | | <br><br>VALUE $ 0.00 | | | | Notice Only | Notice Only |

__1__ continuation sheets attached

Subtotal ▷ (Total of this page) $ 669,038.00    $ 319,038.00
Total ▷ (Use only on last page) $                $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

MOTION FOR RELIEF
EXHIBIT A

In re  Tana T. Chamberlain ,  Case No. _____
         **Debtor**                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▪▪▪▪▪<br>Ocwen Loan Servicing, LLC<br>PO Box 24738<br>West Palm Beach, FL 33416-4738 | | | Lien: First Mortgage<br>Security: Debtor's residence property<br>Servicer on first mortgage.<br>VALUE $ 344,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br>Shaun Campbell, attorney<br>Robinson Tait<br>710 Second Avenue, Suite 710<br>Seattle, WA 98104 | | | Attorneys for Deutsche Bank National Trust Co.<br>VALUE $ 0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. ▪▪▪▪▪<br>Webster Bank, N.A.<br>609 West Johnson Ave.<br>Cheshire, CT 06410 | | | Lien: Second Mortgage<br>Wholly unsecured second mortgage lien to be stripped in advesary proceeding.<br>VALUE $ 350,000.00 | | | | 35,918.00 | 35,918.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page)  $ 35,918.00  $ 35,918.00

Total(s) (Use only on last page)  $ 704,956.00  $ 354,956.00

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)