**Below is the Order of the Court.**

Timothy W. Dore
U.S. Bankruptcy Court
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>TANA T CHAMBERLAIN AKA<br>TANA TIHL CHAMBERLAIN,<br><br>Debtor. | Case No. 15-11112-TWD<br><br>Chapter 13<br><br>**AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |

THIS MATTER having come before the Court on Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-5, Mortgage-Backed Pass-Through Certificates Series 2007-5's ("Movant") Motion for Relief from Automatic Stay, proper notice having been given, the Court having examined the files and records, and having considered oral argument, if any, it is

**ORDERED** that:

1. The automatic stay of 11 U.S.C. § 362(a) is terminated as it applies to the enforcement by Movant of all of its rights in the real property commonly known as 4076 24th Place South, Seattle, Washington 98108 (the "Property"), which is legally described as:
   PORTION OF LOT (S) 15, 16, 35 AND 36, BLOCK 2, JEFFERSON PARK TERRACE
   THE SOUTH 10 FEET OF LOT (S) 15, THE NORTH 45 FEET OF LOT (S) 16,

AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
Page 1

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

Case 15-11112-TWD    Doc 92    Filed 10/02/20    Ent. 10/02/20 13:52:45    Pg. 1 of 2

THE WEST 50 FEET OF THE NORTH 45 FEET OF LOT (S) 35, AND THE WEST 50 FEET OF THE SOUTH 10 FEET OF LOTS (S) 36, BLOCK 2, JEFFERSON PARK TERRACE, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 44 OF PLATS, PAGE (S) 48, RECORDS OF KING COUNTY, WASHINGTON, SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

2. Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law;

3. Movant may offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject promissory note as allowed under applicable non-bankruptcy law; and

5. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

///End of Order///

Presented By:

**ALDRIDGE PITE, LLP**

/s/Lesley Bohleber
LESLEY D. BOHLEBER WSBA# 49150
Attorneys for Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2007-5, Mortgage-Backed Pass-Through Certificates Series 2007-5

Approved as to form and content:

/s/ Jordan A. Gunn
Jordan A. Gunn, WSBA #42979
Attorney for Debtor

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
Page 2

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471